## STATE OF CONNECTICUT *v.* ISSCHAR HOWARD

The defendant's petition for certification for appeal from the Appellate Court, 88 Conn. App. 404 (AC 25251), is denied.

*Robert W. Chesson*, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided September 20, 2005